ORIGINAL

UNITED STATES DISTRICT COURT
for the
Northern District of Texas

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2016 OCT 26  AM 9: 43

DEPUTY CLERK_____

| | | |
|---|---|---|
| IN THE MATTER OF | § | |
| INTENTIONAL TORT | § | |
| | § | |
| _____R. ROYALE_____ | § | Civil Action No._____ |
| *Plaintiff* | § | |
| | § | |
| v. | § | **3-16CV2992-D** |
| | § | |
| KNIGHTVEST MANAGEMENT  LLC. | § | DALLAS COUNTY, TEXAS |
| *Defendant* | | |

ORIGINAL COMPLAINT AND JURY DEMAND

I, R. Royale *"Plaintiff"*, legally incorporated my business English Magic USA in Texas and had worked it from home on one of the Defendant's properties since 2014 at 10814 Steppington Drive, Apt# 2315 Dallas, TX 75230 is bringing a lawsuit against Knightvest Management, *Defendant,* at 5400 LBJ Freeway, Suite 450 Dallas, TX 75240 (214) 989-7061. I bel*ieve* this court has the power to decide my case because it has jurisdiction over my lawsuit. The Defendant broke the law by authorizing an illegal racial profiling which violated my rights in the Fourth Amendment to the United States Constitution, federal stature 42 U.S.C §1983. By knowingly permitting the violator to harass me, makes Knightvest Management responsible for damages. A Knightvest manager, Ms. Vicki Hibdon, on one of the Defendant's properties at Aberdeen @ Bellmar located at 10843 North Central Expressway, Dallas, TX 75231 (214) 692-1444, encouraged a Dallas policeman, Officer Taylor Smith, who was out of uniform to pester and violate my "4th Amendment Rights" 12/29/2015 on the property where I reside. Officer Smith had no reasonable suspicion necessary for an investigatory stop and search. He, their courtesy officer, maliciously threatened me while trying to provoke a physical confrontation as I feared for my life. Having this fear of remaining on this unsafe property and the inflicting emotional distress, I filed a complaint to the Internal Affairs Division on Officer Smith 12/30/2015 at 1400 South Lamar St. Dallas, TX 75215. Detective Janey Tolden completed the investigation. I also filed a complaint 12/30/2015 against Ms. Vicki Hibdon for her misconduct and conspiring with Officer Smith to Knightvest Management. I retained all documents and recordings dealing with the incident.

Ms. Kellie Russell, regional manager, ill-treated the delicate situation as well. She only had Ms. Hibdon to retract an unreasonable notice for me to vacate my apartment that Ms. Hibdon put on my door 12/31/2015 in which retraction came 1/21/2016, twenty-one days later. Not even one manager acted as a prudent person willing to help their tenant 12/29/2015 on the property when I fled into their leasing office for verification of residency proof to show Officer Smith. The apartment owner breached its non-delegable duty to keep the premises safe for its tenants, a *"premises defect",* in my lease agreement. The event caused non-economic damages due to Defendant adding surprise searches by undercover polices on property, creating a *conversion*; statute Tex. Civ. Prac. & Rem. Code §16.003(a). Ms. Hibdon failed to verify residency nor acted responsibly to resolve the issue in a reasonable manner. Neither managers conformed to the duty I was owed. A tenant, Jingjing Zhang, is a witness of what Ms. Russell had to say about not wanting certain people on the property among other things. The Civil Rights Act of 1991 permits recovery in which "emotional pain, suffering, inconvenience, mental anguish, [and] loss of enjoyment of life" statute 42 U.S. Code § 1981a(b)(3) occur. Due to depleted savings and incurred notes in moving to feel safe from further harassments, I ask for judgment against Defendant for economic loss 2 times $120,771 + maximum non-economic damages of $750,000 = $991,542 in punitive damages. There were no written apologies or accommodations for any inconvenience to me. I request a jury trial. I the *Plaintiff* pray that citation and notice issue as required by law and that the Court grants an economic and all other relief requested in this complaint. Plaintiff prays for general relief.

Respectfully submitted,
By:_____    Date: 10-26-16
R. Royale, Pro Se Plaintiff;    Ph: (214) 414-6308
7510 Holly Hill Dr. Apt #116    Dallas, TX 75231
E-mail: royale@englishmagic.us

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

R Royale

RECEIVED
OCT 26 2016
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(b)** County of Residence of First Listed Plaintiff   Dallas
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Knightvest Management LLC.

County of Residence of First Listed Defendant   Dallas

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

3-16CV2992-D

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

### PRISONER PETITIONS
**Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty
**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

### IMMIGRATION
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Tex. Civ. Prac. & Rem. Code §16.003(a)

Brief description of cause:
The apartment owner breached its non-delegable duty to keep the premises safe causing emotional pain/suffering.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☒ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE  10-26-2016

SIGNATURE OF ATTORNEY OF RECORD   R. Royale   (Pro Se)

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____