IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. ROYALE,<br>    Plaintiff,<br><br>v.<br><br>KNIGHTVEST MANAGEMENT,<br>LLC, et al.,<br>    Defendants. | Civil Action No. 3:16-CV-2992-D |

## ORDER

After making an independent review of the pleadings, files, and records in this case, the February 28, 2018 findings, conclusions, and recommendation of the magistrate judge, plaintiff's objections filed on March 12, 2018, and defendants' objections filed on March 14, 2018, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, defendants' motion to dismiss plaintiff's amended complaint is granted in part, and plaintiff's federal claims are dismissed with prejudice. The court declines to exercise supplemental jurisdiction over plaintiff's remaining state-law claim, and it dismisses that claim without prejudice. Defendant Knightvest Management, LLC's motion for summary judgment is terminated as moot.

**SO ORDERED**.

March 19, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE