IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| R. ROYALE,<br>    Plaintiff,<br><br>v.<br><br>KNIGHTVEST MANAGEMENT,<br>LLC, et al.,<br>    Defendants. | Civil Action No. 3:16-CV-2992-D |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that plaintiff's federal claims are dismissed with prejudice, and plaintiff's state-law claim is dismissed without prejudice.

Defendants' taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas March 19, 2018.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE