IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Dallas _____ ☑ DIVISION

(Name All Plaintiffs and Defendants)

R. Royale

CIVIL NUMBER ___ 3:16-cv-02992-D ___

Complete the following if judgment
was rendered in another District:

vs.

Knightvest Management, LLC et al

District: _____
Docket Number: _____
Date Entered: _____

## ABSTRACT OF JUDGMENT

In the above entitled and numbered cause a judgment was entered in this Court, or other United States District Court as indicated above and registered herein, on the ___19th___ day of ___March___, ___2018___, in favor of _____ Knightvest Management, LLC, et al. _____

against _____ R. Royale _____

in the sum of $ _____ with interest at the rate of

_____ per cent per annum from the _____ day of _____, _____.

Costs have been taxed by the Clerk of Court in the sum of $ _____ $3,831.45 _____.

Credits reflected by returns on execution in the sum of $ _____.

The address of the defendant shown in this suit in which said judgment was rendered: ___ R. Royale ___

_____ 7510 Holly Hill Drive, Apt. 116, Dallas, TX 75231 _____ or nature of

citation and date and place citation served:

_____.

I certify that the above and foregoing is a true and correct abstract of judgment rendered or registered in this Court.

Witness my hand and seal of the Court this ___4th___ day of ___May___, 20 __18__.

KAREN MITCHELL, CLERK

By _____ s/R. Negron _____
        Deputy Clerk